IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIDAL TENORIO<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 16-3760 |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, Acting<br>**Commissioner of Social Security**<br>*Defendant* | : | |

# O R D E R

**AND NOW,** this 11th day of October 2017, upon a careful and independent consideration of the administrative record, [ECF 7], the *Report and Recommendation* (the "R&R") issued on April 18, 2017, by the Honorable Thomas J. Reuter, United States Magistrate Judge, [ECF 13], the objections to the R&R filed by Plaintiff Vidal Tenorio ("Plaintiff"), [ECF 14], and Defendant's response to Plaintiff's objections, [ECF 16], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. Plaintiff's objections are **OVERRULED**;

2. The R&R is **APPROVED** and **ADOPTED**;

3. Plaintiff's request for review is **DENIED**;

4. The decision of the Acting Commissioner of the Social Security Administration is **AFFIRMED**; and

5. the Clerk of Court is directed to mark this matter **CLOSED.**

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*